

# NUMBER 13-19-00058-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF P.M., A CHILD

**On appeal from the County Court at Law #5
of Nueces County, Texas.**

## ORDER TO FILE APPELLANT'S BRIEF

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

This cause is before the Court on appellant P.M.'s first motion for extension of time to file her brief. This Court, having fully examined and considered appellant's motion, is of the opinion that, in the interest of justice, appellant's first motion for extension of time to file her brief should be granted in part pursuant to this order.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals and include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a),

*reprinted in* TEX. GOV'T CODE ANN., tit.2, subtit. F app. (West, Westlaw through 2013 3d C.S.). The appellant's brief is due within 20 days after the later of the date the clerk's record was filed or the date the reporter's record was filed, and appellee's brief is due 20 days after the date the appellant's brief was filed. TEX. R. APP. P. 38.6(a), (b). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). In accordance with the limited time for consideration of these appeals, this Court requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by requests for extensions of time to file the brief. *See* TEX. R. APP. P. 38.6; *see also id.* R. 28.4.

Appellant's first motion for extension of time to file its brief is hereby GRANTED IN PART, and appellant is hereby ORDERED to file its appellate brief with this Court on or before 5:00 p.m. on March 25, 2019. Further motions for extension of time will not be favorably entertained by this Court, absent truly extraordinary circumstances alleged and supported by appropriate argument, authority, and any necessary evidence. The failure to file the brief timely will result in abatement of the appeal for the appointment of new counsel.

The Clerk of this Court is ORDERED to serve a copy of this order on appellant's counsel, the Honorable Sandra A. Eastwood, by email and by certified mail, return receipt requested.

PER CURIAM

2

Delivered and filed the
14th day of March, 2019.